# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DARRYL EDNEY,**

    **Petitioner,**

**v.**                           **CASE NO. 4:12-cv-460-RS-GRJ**

**SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,**

    **Respondent.**
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 22) and Petitioner's Objections (Doc. 24). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The relief requested in Petitioner's Motion Requesting an Enlargement of Time (Doc. 23) is **DENIED as moot.**

3. Respondent's Motion to Dismiss (Doc. 15) is **GRANTED**.

4. Grounds 5, 8, 9, 10, and 11 of the Amended Petition (Doc. 11) are **DISMISSED as untimely**.

5. The Parties are directed to brief grounds 1-4, 6, and 7 of the Amended Petition (Doc. 11) on the merits. Petitioner's brief shall be filed not later than February 28, 2014, and Respondent's brief shall be filed not later than fourteen (14) days thereafter.

**ORDERED** on February 14, 2014.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**